
CASE 4:23-CV-00412-O



DEPUTY CLERK

JOSEPH I YAMMINE ET AL

V

ANSON FINANCIAL

MOTION FOR EXTENSION
TO FILE APPELLANT DESIGNATION

Now comes JOSEPH I YAMMINE FILE A MOTION FOR EXTENSION APPELLANT DESIGNATION RECORDS FOR 14 DAYS.

JOSEPH I YAMMINE NEVER RECEIVED A NOTICE OF FILING APPELLANT DESIGNATION DEADLINE/DATE TO BE FILED BY COURT AS REQUIRED BY FEDERAL COURT, AND RULES.

JOSEPH I YAMMINE PRAYS THAT THIS MOTION WILL BE GRANTED.

JOSEPH I YAMMINE
BOX 471103
FTW, TX 76148
817-905 3422

P_1

CERTIFICATE OF SERVICE
---

I CERTIFY 1ST CLASS MAIL WAS MAIL TO OPPOSING COUSEL KATHERINE HERNANDEZ ON 5/09/23.

JOSEPH I YAMMINE

CERTIFICATE OF CONFERENCE
---

I ATTEMPTED/CALLED OPPOSING COUSEL ON 5/09/23, BUT THERE WAS NO RESPONSE

JOSEPH I YAMMINE

P.2